IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SATCOMM, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-MC-10 (MTT) |
| | ) |
| PAYPAL and DANIEL H. SCHULMAN, | ) |
| | ) |
| Defendants. | ) |

__ORDER__

On April 1, 2020 the Court denied Petitioner Satcomm's motion to enforce arbitration award, vacated the purported arbitration award, and awarded attorney's fees and costs to Defendants Paypal and Daniel H. Schulman as sanctions for Satcomm's attempt to enforce a fraudulent arbitration award. *See generally* Doc. 17. Paypal and Schulman have now filed an accounting of fees and costs in the amount of $28,507.00. Doc. 19 at 1.

Satcomm is hereby notified that if it wishes to dispute any item of fees or costs claimed by Paypal and Schulman, it must do so by filing a response with the Court no later than **May 29, 2020**. If it does not file a response within that time, the Court may accept Paypal and Schulman's accounting of fees and costs as undisputed.

**SO ORDERED**, this 28th day of April, 2020.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT